FILED

2005 Jun-20  PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **SARAH E. CLOPTON** | ) | |
| **and S.T. STINSON,** | ) | |
| **on behalf of themselves and a** | ) | |
| **class of persons described herein,** | ) | |
| | ) | **CASE NO.: CV-03-C-3369-S** |
| **Plaintiffs,** | ) | **and related cases** |
| | ) | |
| **v.** | ) | |
| | ) | **OPPOSED** |
| **MONSANTO COMPANY;** | ) | |
| **PHARMACIA CORPORATION;** | ) | |
| **PFIZER, INC.; and SOLUTIA,** | ) | |
| **INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COMES NOW the Plaintiffs, Sarah E. Clopton and S.T. Stinson, by and through counsel, and pursuant to Rule 23(b)(3), move this Honorable Court to certify this proceeding as a class action against Defendants, Monsanto Company, Pharmacia Corporation, Pfizer, Inc., and Solutia, Inc. The substantial grounds upon which this motion is based are set forth in the supporting memorandum and evidentiary materials tendered contemporaneously herewith.

Respectfully submitted,


/s/  Frank Davis _____
D. Frank Davis (DAV009)
One of the Attorneys for Plaintiff


**OF COUNSEL:**

D. Frank Davis, Esq.
John E. Norris, Esq.
G. Renée Dall, Esq.
DAVIS & NORRIS
One Highland Place
2151 Highland Avenue, Suite 100
Birmingham, Alabama 35205
Telephone:  (205) 930-9900
Facsimile:  (205) 930-9989

Annesley H. DeGaris, Esq.
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone:  (205) 328-2200
Facsimile:  (205) 324-7896

Robert B. Roden, Esq.
SHELBY & RODEN
2956 Rhodes Circle
Birmingham, Alabama 35205
Telephone:  (205) 933-8383
Facsimile:  (205) 933-2299

Earl P. Underwood, Jr., Esq.
LAW OFFICES OF EARL P. UNDERWOOD, JR.
Post Office Box 969
Fairhope, Alabama 36533
Telephone:  (251) 990-5558
Facsimile:  (251) 990-0626

Josh J. Wright, Esq.
HOLLIS & WRIGHT
505 20th Street North, Suite 1750
Birmingham, Alabama 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the above and foregoing by electronically filing the same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following on this the 20th day of June, 2005:

William S. Cox, III, Esq.
Kevin E. Clark, Esq.
Lightfoot, Franklin & White, L.L.P.
The Clark Building
400 20th Street North
Birmingham, Alabama 35203

J. Mark White, Esq.
Julia S. Stewart, Esq.
White, Arnold, Andrews & Dowd
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203

William J. Baxley, Esq.
Joel E. Dillard, Esq.
Baxley, Dillard, Dauphin & McKnight
2008 3rd Avenue South
Birmingham, Alabama 35233

/s/   Frank Davis_____
Of Counsel

4